

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JOSHUA LUTTRELL, ANDREW DAVIS, MOISES ROMAN, JOE RODRIGUEZ; AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED, | § § § § | No. 08-16-00090-CV Appeal from the County Court at Law No. 5 |
| Appellants, | § | of El Paso County, Texas |
| v. | § | (TC# 2014DCV3070) |
| EL PASO COUNTY, | § | |
| Appellee. | | |

## JUDGMENT

The judgment of the Court issued December 20, 2017 is withdrawn and the following is the judgment of the Court.

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants all costs in this Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF JULY, 2018.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, J., and Larsen, J. (Senior Judge)
Larsen, J. (Senior Judge), sitting by assignment